# First District Court of Appeal
## State of Florida

_____

No. 1D2025-1042
_____

Justin Michael Cook,

    Appellant,

v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
David Philip Kreider, Judge.

July 16, 2026

Per Curiam.

    Affirmed.

Rowe, Winokur, and M.K. Thomas, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Appellee.